UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 31  PM 2: 38

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| ALICE GLINDA HARVEY, ETC. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-3068 |
| GREY WOLF DRILLING COMPANY | * | SECTION "C" (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes, plaintiffs, Alice Glinda Harvey, individually and on behalf of her deceased husband, Robert Joe Harvey, and their children, Tanya Gros and Tammy Smith, who are of the full age of majority and residents of the State of Louisiana, who desires to supplement and amend their original petition filed herein on July 22, 2005, as follows:

1.

That your petitioners, Alice Glinda Harvey, individually and on behalf of her deceased husband, Robert Joe Harvey, and their children, Tanya Gros and Tammy Smith desires to reallege all of the allegations of the original petition, paragraphs 1 through 7, adding an additional defendant Whitson Exploration, Inc.

8.

Defendant, Whitson Exploration, Inc. a foreign corporation, authorized to do and doing business in the State of Louisiana.

9.

The defendant, Whitson Exploration, Inc., is justly and truly indebted unto petitioners, Alice Glinda Harvey individually and on behalf of her deceased husband, Robert Joe Harvey, and their

children, Tanya Gros and Tammy Smith, in a full and true sum to be determined by this Court, together with legal interest from date of judicial demand and for all costs of these proceedings.

10.

A proximate cause of this accident was the negligence of defendant, Whitson Exploration, Inc., which negligence consists of, but is not limited to, the following:

- a) Failure to maintain the premises;
- b) Failure to inspect the premises;
- c) Failure to provide a safe place to work;
- d) Failure to set up an adequate inspection and maintenance schedule of the premises;
- e) Failure to warn of a dangerous situation which could cause bodily harm; and,
- f) Any other acts of negligence which may be shown upon the trial of this matter.

**WHEREFORE**, petitioners, Alice Glinda Harvey, individually and on behalf of her deceased husband, Robert Joe Harvey, and their children, Tanya Gros and Tammy Smith, prays that the defendants, Whitson Exploration, Inc., and Grey Wolf Drilling Company be duly served with a copy of this supplemental and amending petition and after all due proceedings had, there be judgment in favor of your petitioners and against defendants together with interest from the date of judicial demand, and for all general and equitable relief and attorney fees and all costs of this action.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, L.L.C.

JIM S. HALL - Bar Number: 21644

800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: 504-832-3000
Telecopier: 504-832-1799

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE FOR SUMMONS

TO: (A) ~~W William R. Bullwn, Jr.,~~ 120 Rue Beauregard, Ste. 200, Lafayette, LA 70508

as (B) ~~Agent for service of process~~ of (C) ~~Whitson Explorati~~on, Inc.

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the (check one)

☐ complaint; ☒ amended complaint; ☐ third-party complaint; ☐ crossclaim;

☐ counter-claim; ☐ other _____ is attached to this notice. It

has been filed in the united states District Court for the (D) __Eastern__

district of __Louisiana__ and has been assigned docket number

(E) __05-3068__.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) __30__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __28th__ day of __August__, __2006__.

Signature of Plaintiff's Attorney
or unrepresented Plaintiff

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of section
F - Addressee must be given at least 30 days `60 days if located in foreign country) in which to return waiver

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

ALICE HARVEY, ETC.

V.

GREY WOLF DRILLING COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3068

TO: (Name and address of defendant)

Whitson Exploration, Inc.
through their agent for service of process
William R. Bullen, Jr.
120 Rue Beauregard, Suite 200
Lafayette, LA 70508

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM S. HALL & ASSOCIATES, LLC
JIM S. HALL, BAR NO. @21644
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK                                                                              DATE

_____
(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICE GLINDA HARVEY INDIVIDUALLY ON BEHALF OF HER DECEASED HUSBAND, ROBERT JOE HARVEY and their children, TANYA GROS and TAMMY SMITH | CIVIL ACTION NO: <br><br> **05-3068** |
| VERSUS | SECTION " " |
| GREY WOLF DRILLING COMPANY | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes, petitioners, Alice Glinda Harvey, individually and on behalf of her deceased husband, Robert Joe Harvey, and their children, Tanya Gros and Tammy Smith, persons of the full age of majority and residents of the State of Louisiana, with respect represents that:

1.

Made defendant herein is:

a)  Grey Wolf Drilling Company, a foreign corporation, authorized to do and doing business in the Parish of Lafourche, State of Louisiana,

2.

This court has jurisdiction of this matter pursuant to 28 U.S.C. 1332, diversity of citizenship in that plaintiffs and defendants are citizens of different states and that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.

The defendant, Grey Wolf Drilling Company, is justly and truly indebted unto petitioners,

Alice Glinda Harvey individually and on behalf of her deceased husband, Robert Joe Harvey, and their children, Tanya Gros and Tammy Smith, in a full and true sum to be determined by this Court, together with legal interest from date of judicial demand and for all costs of these proceedings.

4.

On or about December 26, 2004, Robert Joe Harvey was contracted through Stokes & Spiehler to work aboard the land based rig, specifically, Grey Wolf rig #521 located at Lake Beouf Field, Lafourche Parish, Louisiana, when, while in the course and scope of his employment on the rig Robert Joe Harvey was inspecting drilling operations and slipped and fell on drilling liquids and/or ice that had accumulated on the surface where employees were walking, thereby causing petitioner to suffer personal injuries further resulting in his untimely death.

5.

At the time of the accident, upon information and belief, defendant, Grey Wolf Drilling Company, was the owner and operator of the rig on which petitioner, Robert Joe Harvey, fell and injured himself, resulting in his death.

6.

As a result of this accident, your petitioners, Alice Glinda Harvey, Tanya Gros, and Tammy Smith, as the surviving spouse and children of the deceased make claim for survival damages and for wrongful death damages pursuant to La. C.C. arts. 2315.1 and 2315.2, including but not limited to the following:

    a) Loss of consortium;

    b) Loss of love and affection;

    c) Loss of society;

2

- d) Loss of services;

- e) Loss of income;

- f) Severe emotional distress

- g) Mental anguish;

- h) Past, present and future pain and suffering and grief;

- i) Past, present and future medical expenses;

- j) Past, present and future loss of enjoyment of life;

- k) Past, present and future humiliation, embarrassment and inconvenience;

- l) Past, present and future loss of support; and

- n) Any other damages which may be shown upon the trial of this matter or that are otherwise recoverable under the law.

7.

The sole and proximate cause of this accident was the negligence of defendant, Grey Wolf Drilling Company, which negligence consists of, but is not limited to, the following:

- a) Failure to maintain the premises;

- b) Failure to inspect the premises;

- c) Failure to provide a safe place to work;

- d) Failure to set up an adequate inspection and maintenance schedule of the premises;

- e) Failure to warn of a dangerous situation which could cause bodily harm; and,

- f) Any other acts of negligence which may be shown upon the trial of this matter.

3

**WHEREFORE**, your petitioners, Alice Glinda Harvey individually and on behalf of her deceased husband and their children, Tanya Gros and Tammy Smith, prays that your defendant, Grey Wolf Drilling Company, be duly served and cited to appear and answer this Complaint and after all due proceedings are had, that there be judgment herein in favor of petitioners and against defendant together with interest from the date of judicial demand, expert witness fees, and for all general and equitable relief and for all costs of these proceedings.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES

*[signature]*

JIM S. HALL, Bar Number: 21644
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001
Telephone: 504-832-3000
Telecopier: 504-832-1799

PLEASE SERVE:

Grey Wolf Drilling Company
through their agent for service of process:
CT Corporations System
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809

4